# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of February, two thousand twenty-six.

Before: William J. Nardini,
*Circuit Judge.*

United States of America,

Appellee,

v.

Joshua Adam Schulte,

Defendant - Appellant.

**ORDER**

Docket Nos. 24-367(L), 25-1850(Con)

Attorneys Megan W. Benett and Sabrina P. Shroff move for authorization to use CJA funds to travel for three in-person visits with the Appellant.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe